To whom it might concern

8-7-2017

claim filed on 5-23-17

My name is Carlos Sanchez, I write this letter addressed to any person with information on my case # 17-CV-455

Complaint was filed May 23rd and a Pooperis form (Poor person application) was also filed.

Complaint have not been served by the Marshall and I was told at the window that seems to be due to my poor person's application not been reviewed yet.

Please I would like to get more information on at least an estimate of when should I expect my claim or application to be reviewed.

Respectfully

Carlos Sanchez
(716) 939-5145

[FILED AUG 7 2017 — MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY]