

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

April 12, 2022

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Sanchez v. City of Buffalo, et al.
           17-cv-455

Dear Judge Vilardo:

       In *Thompson v. Clark*, 2022 WL 994329 (April 4, 2022), the Supreme Court held that to satisfy the favorable termination element of a federal malicious prosecution claim, a plaintiff need only show that the criminal prosecution ended without a conviction, abrogating *Lanning v. City of Glens Falls*, 908 F.3d 19 (2d Cir. 2018). In *Lanning*, the court held that to satisfy that element, plaintiff was required to show that the criminal case ended in a way that affirmatively indicated innocence.

       Of course, a favorable termination is not the only question that is relevant to whether the plaintiff has a valid malicious prosecution claim. It is my professional responsibility under Rule 3.3 of the New York Rules of Professional Conduct to disclose *Thompson* to both the plaintiff and the court.

       Thank you for your attention to this matter.

                                Respectfully yours,

                                Cavette A. Chambers
                                Corporation Counsel

                By:    s/David M. Lee
                         Assistant Corporation Counsel
                         (716) 851-9691
                         dlee@city-buffalo.com

cc.    Carlos M. Sanchez, Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 12, 2022, I served the foregoing upon plaintiff, together with a copy of the *Thompson* decision that is reported exclusively on Westlaw, by e-mail to: dj13sanz@gmail.com, e-mail being the primary mode of communication between the parties in this action.

Dated:    Buffalo, New York
          April 12, 2022
                                        s/David M. Lee