**PLAINTIFF'S PROSPECTIVE WITNESS LIST**

UNITED STATES DISTRICT COURT
FILED
JAN 2 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

### Fact Witnesses

| Name | Address | Summary of Anticipated Testimony | Time |
|---|---|---|---|
| Carlos M. Sanchez | Buffalo NY | Mr. Sanchez will testify about events relating to his arrests and prosecutions. He will also testify about his economic and non-economic damages. | 1 day |
| Hon. Brenda M. Freedman | Buffalo NY | Hon. Freedman will testify about whether plaintiff on May 16th, 2016, violated a Custody/Visitation Order and Decision entered by her in Erie County Family Court on February 8th, 2016. | 2hrs |
| Officer Lindsay A. Laracuente-Zgoda | Buffalo NY | Officer Laracuente-Zgoda will testify about the arrest and prosecution of Mr. Sanchez, the statements and complaint she made orally and/or in writing on May 16th, 2016, and about the training given as BPD recruits at the Police Academy and as BPD officers about their involvement in family matters and incidents. | 4.5hrs |
| Officer Mark P. Andrzejak | Buffalo NY | Officer Andrzejak will testify about the May 2016 arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing on May 16th, 2016 and October 14th, 2016, and about the training given as BPD recruits at the Police Academy and as BPD officers about their involvement in family matters and incidents. | 4.5hrs |
| Officer Lamar M. McCulley | Buffalo NY | Officer McCulley will testify about the arrest and prosecution of Mr. Sanchez, the statements and complaint he made orally and/or in writing on May 16th, 2016, and about the training given as BPD recruits at the Police Academy and as BPD officers about their involvement in family matters and incidents. | 3hrs |
| Officer Michael J. Palizay | Buffalo NY | Officer Palizay will testify about the May 2016 arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing on May 16th, 2016, and about the training given as BPD recruits at the Police Academy and as BPD officers about their involvement in family matters and incidents. | 3hrs |
| Officer Maurice A. Foster | Buffalo NY | Officer Foster will testify about the May 2016 arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing on May 16th, and about the training given as BPD recruits at the | 3hrs |

| Name | Address | Summary of Anticipated Testimony | Time |
|---|---|---|---|
| | | Police Academy and as BPD officers about their involvement in family matters and incidents. | |
| Officer Brandon Hawkins | Buffalo NY | Officer Hawkins will testify about the November 2nd, 2018, arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing and about a range of facts and events alleged in the complaint. | 4.5hrs |
| Officer Lauren Tripp | Buffalo NY | Officer Tripp will testify about the November 2nd, 2018, arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing and about a range of facts and events alleged in the complaint. | 4.5hrs |
| Officer Corey Espinosa | Buffalo NY | Officer Espinosa will testify about the November 2nd, 2018, arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing and about a range of facts and events alleged in the complaint. | 2hrs |
| LT. Michael Farley | Buffalo NY | Officer Farley will testify about the November 2nd, 2018, arrest and prosecution of Mr. Sanchez, and the statements and complaint he made both orally and/or in writing and about a range of facts and events alleged in the complaint. | 3hrs |

## Expert Witnesses

| Name | Address | Summary of Anticipated Testimony | Time |
|---|---|---|---|
| Hon. Brenda M. Freedman | Buffalo NY | Hon. Freedman will testify, alternatively, consistent with her expert accreditations and credentials in Family Court Laws as to her issuance and alleged violation of her Custody/Visitation Order. | 2hrs |

**PLEASE TAKE NOTICE** that Plaintiff reserves the right to supplement his Prospective Witness List as necessary and as required, up to pertinent deadline date.

Dated: December 30th, 2023
Buffalo, New York

CARLOS M. SANCHEZ
Pro-Se Plaintiff
113 Massachusetts Ave.
Buffalo, NY 14213
(716) 563-2517
Dj13sanz@gmail.com