

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

September 17, 2024

Hon. Lawrence J. Vilardo
United States District Court
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Sanchez v. Buffalo, et al.
              17-cv-455

Dear Judge Vilardo:

    Reference is made to the Court's text order (108). I am writing to advise the Court that the defendants already filed all of the submissions required by the Court's pretrial order (85, 97), except for a joint statement of the case. I provided the plaintiff with a proposed joint statement on January 16, 2024 but he did not respond. I will follow up with the plaintiff on that. The current deadline to file the joint statement is September 30, 2024 (108).

    Thank you for your attention to this matter.

                                        Respectfully yours,

                                        Cavette A. Chambers
                                        Corporation Counsel

                                        By: s/David M. Lee
                                        Assistant Corporation Counsel
                                        (716) 851-9691
                                        dlee@city-buffalo.com

cc:    Carlos Sanchez (by e-mail)